UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED KADIL,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 17-CV-06905-LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On December 4, 2017, plaintiff, a California state prisoner, filed a letter complaining that he was being denied medical treatment at R.J. Donavan Correctional Facility.[1] That same day, the clerk sent plaintiff a notice that he must submit a complaint on the proper form within twenty-eight days to avoid dismissal of the action. A blank copy of the court's complaint by a prisoner form was sent to plaintiff. Plaintiff was also advised that he had not paid the filing fee and must either pay the filing fee or file a complete application to proceed *in forma pauperis* within the same time period. To date, plaintiff has not filed the necessary documents nor has he had any further communication with the court. Accordingly, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: 1/25/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to this court on January 18, 2018.

Case No. 17-CV-06905 LHK (PR)
ORDER OF DISMISSAL